## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

07CV6287
JUDGE GETTLEMAN
MAG. JUDGE MASON

In the Matter of

Chicago Graphic Arts Health and Welfare Plan,
　　　　　　　Plaintiffs,
　v.
Unitech Prepress Solutions, Inc., and Robert E. Ludford, III
　　　　　　　Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Chicago Graphic Arts Health and Welfare Plan; GCC/IBT SRDF; Carl J. Lostracco, John P. Caputo, Thomas S. Gehr, Robert J. Muccianti, Dennis A. Betsanes, Donald J. Rotor, and Andrew J. Gehr.

FILED
JN NOV. 6, 2007
NOV X 6 2007

| NAME (Type or print) | MICHAEL W. DOBBINS |
| --- | --- |
| Josiah A. Groff | CLERK, U.S. DISTRICT COURT |

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/

FIRM
Allison, Slutsky & Kennedy, P.C.

STREET ADDRESS
230 W. Monroe Street, Suite 2600

CITY/STATE/ZIP
Chicago, Illinois 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6289628 | (312) 364-9400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐