# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6287 | **DATE** | 1/24/2008 |
| **CASE TITLE** | Chicago Graphic Arts Health & Welfare   vs   Unitech Prepress Solutions | | |

**DOCKET ENTRY TEXT:**

This cause is dismissed for want of prosecution.

[Docketing to mail notice]

00:02

| | Courtroom Deputy | GDS |
|---|---|---|