Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6287 | **DATE** | 2/13/2008 |
| **CASE TITLE** | Chicago Graphic Arts Health & Welfare    vs    Unitech Prepress Solutions, Inc. | | |

**DOCKET ENTRY TEXT:**

The order [11] dismissing this case is vacated and this case is reopened.
Status hearing is set for 2/21/2008, at 9:00 a.m.

[Docketing to mail  notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|