AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Chicago Graphic Arts Health and Welfare Plan
et al.,

CASE NUMBER: **07C 6287**

V.

ASSIGNED JUDGE:     JUDGE GETTLEMAN

Unitech Prepress Solutions, Inc., and Robert E.
Ludford, III

DESIGNATED
MAGISTRATE JUDGE:   MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Unitech Prepress Solutions, Inc.
Registered Agent
c/o David S. Mann
131 S. Dearborn Street, 30th Floor
Chicago, Illinois 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 0 6 2007

DATE

**Exhibit 2**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  11/16/07 |
|---|---|
| NAME OF SERVER (PRINT)  Michael Andre Smith | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Personally served upon Ms. Kate Antosz, secretary of David S.Mann, Registered Agent for the defendant, Unitech Prepress Solutions, Inc. Service was effected on 11/16/07 at 10:35 a.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/07
                    Date

Signature of Server

LAW OFFICES
ALLISON, SLUTSKY & KENNEDY, P.C.
SUITE 2600
230 WEST MONROE STREET
CHICAGO, ILLINOIS 60606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.