IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO GRAPHIC ARTS HEALTH AND WELFARE PLAN; ROBERT MILLER and JAMES E. MADDEN, in their capacity as Trustees of the Chicago Graphic Arts Health and Welfare Plan, GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS SUPPLEMENTAL RETIREMENT AND DISABILITY FUND; GEORGE TEDESCHI, and PAUL ROSENBERG, in their capacity as Trustees of the GCC/IBT Supplemental Retirement and Disability Fund, and CARL J. LOSTRACCO, JOHN P. CAPUTO, THOMAS S. GEHR, ROBERT J. MUCCIANTI, DENNIS A. BETSANES, and DONALD J. ROTOR, ANDREW J. GEHR,<br>               Plaintiffs,<br><br>v.<br><br>UNITECH PREPRESS SOLUTIONS, INC., and ROBERT E. LUDFORD, III,<br><br>               Defendant, | Case No. 07 C 6287<br><br>Judge Gettleman |

**AFFIDAVIT OF KAREN I. ENGELHARDT**

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

Karen I. Engelhardt being first duly sworn on oath, deposes and states as follows:

1.  I am an attorney and a shareholder at the law firm of Allison, Slutsky & Kennedy, P.C., counsel for plaintiffs the Chicago Graphic Arts Health and Welfare Plan, the Graphic Communications Conference of the International Brotherhood of Teamsters Supplemental

**Exhibit 7**

Retirement and Disability Fund, and Carl Lostracco, John Caputo, Thomas S. Gehr, Robert Muccianti, Dennis Betsanes, Donald Roter and Andrew Gehr, in the action against Unitech Prepress Solutions and Robert Ludford, III. This affidavit is submitted to document attorneys' fees and costs incurred by the Laborers' Funds for work performed in connection with obtaining contributions owed for the period from July 2007 to the present.

2. This firm bills the plaintiffs on an hourly basis for services rendered to the Funds, at a rate of $175.00 per hour for shareholders, $150.00 per hour for associates, and $75.00 per hour for clerks/paralegals. In this cause, records for legal work on this matter were kept contemporaneously and are attached hereto as Exhibit 1.

3. Exhibit 1 hereto sets forth the time expended from July 10, 2007 through February 29, 2008, by the firm's attorneys and paralegals in this matter. As set forth in that Exhibit, the plaintiffs have incurred legal fees to my firm in this matter in the amount of $ 11,635.00.

4. In addition, the plaintiffs have incurred the following costs in the prosecution of this matter totaling $488.00, which include filing and service fees.

FURTHER AFFIANT SAYETH NOT.

_____
Karen I. Engelhardt

Subscribed and sworn to before me
this ___ day of March 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Paula D. Edwards
Notary Public, State of Illinois
My Commission Expires May 16, 2009

| 2/29/2008 | Allison, Slutsky & Kennedy, P.C. | |
|---|---|---|
| 2:32 PM | Slip Listing | Page |

## Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: GCIU 458 Coll. |
| Refe.Selection | Include: Unitech Prepress Solutions |
| Slip.Date | 7/1/2007 - 2/29/2008 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | | | | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|---|
| 138719 7/10/2007 Billed Calls w/ Union | TIME G:14488 | | 10/9/2007 | K. Engelhardt Legal Services GCIU 458 Coll. Unitech Prepre | 0.10 0.00 0.00 0.00 | 175.00 T@1 | 17.50 |
| 138936 7/18/2007 Billed Call w/ P O'Brien | TIME G:14488 | | 10/9/2007 | K. Engelhardt Legal Services GCIU 458 Coll. Unitech Prepre | 0.10 0.00 0.00 0.00 | 175.00 T@1 | 17.50 |
| 138946 7/19/2007 Billed Call w/ P. Mancillias | TIME G:14488 | | 10/9/2007 | K. Engelhardt Legal Services GCIU 458 Coll. Unitech Prepre | 0.30 0.00 0.00 0.00 | 175.00 T@1 | 52.50 |
| 138961 7/20/2007 Billed email to WK | TIME G:14488 | | 10/9/2007 | K. Engelhardt Legal Services GCIU 458 Coll. Unitech Prepre | 0.20 0.00 0.00 0.00 | 175.00 T@1 | 35.00 |
| 139015 7/21/2007 Billed Email to and from KIE, TDA; conf. w/TDA | TIME G:14488 | | 10/9/2007 | Wes Kennedy Legal Services GCIU 458 Coll. Unitech Prepre | 0.25 0.00 0.00 0.00 | 175.00 T@1 | 43.75 |
| 139040 7/23/2007 Billed Cofn. w/KIE | ~~TIME~~ G:14488 | | 10/9/2007 | ~~Wes Kennedy~~ Legal Services GCIU 458 Coll. Unitech Prepre | ~~0.25~~ 0.00 0.00 0.00 | ~~175.00~~ T@1 | ~~43.75~~ |
| 139056 7/23/2007 Billed Conf. w/ WK; obtain 2nd Cir. case | ~~TIME~~ G:14488 | | 10/9/2007 | ~~K. Engelhardt~~ Legal Services GCIU 458 Coll. Unitech Prepre | ~~0.40~~ 0.00 0.00 0.00 | ~~175.00~~ T@1 | ~~70.00~~ |
| 139118 7/24/2007 Billed Email to and from Kie | TIME G:14488 | | 10/9/2007 | Wes Kennedy Legal Services GCIU 458 Coll. Unitech Prepre | 0.10 0.00 0.00 0.00 | 175.00 T@1 | 17.50 |

| | | Allison, Slutsky & Kennedy, P.C. | | | |
|---|---|---|---|---|---|
| 2/29/2008 | | Slip Listing | | | |
| 2:32 PM | | | | | Page 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 139160<br>7/24/2007<br>Billed G:14488 10/9/2007<br>work on question re:withdrawal liability | | | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 87.50 |
| 139173<br>7/26/2007<br>Billed G:14488 10/9/2007<br>Conf. w/ WK; emails | TIME | | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 70.00 |
| 139188 TIME<br>7/26/2007<br>Billed G:14488 10/9/2007<br>Call w/ P. OBrien; emails | | | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 87.50 |
| 139237 TIME<br>7/26/2007<br>Billed G:14488 10/9/2007<br>Email to and from KIE; conf. w/KIE | | | Wes Kennedy<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 43.75 |
| 139729 TIME<br>7/26/2007<br>Billed G:14488 10/9/2007<br>tc Karen E; conf Bob Miller, Paul M, John<br>Agenbroad re bringing claims | | | Tom Allison<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 43.75 |
| 139348 TIME<br>7/27/2007<br>Billed G:14488 10/9/2007<br>Call w/ First American Bank email w/ P.<br>OBrien; work w/ AFL CIO pleadings bank | | | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 70.00 |
| 139692 TIME<br>8/1/2007<br>Billed G:14488 10/9/2007<br>Draft complaint; calls w/ P. Mancillas, review<br>documents; search for DBB case review | | | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.80<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 315.00 |
| 139702 TIME<br>8/2/2007<br>Billed G:14488 10/9/2007<br>Calls w/ Carl Lostracco, P. Mancillas; Letters<br>to employees, | | | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 245.00 |
| 139770 TIME<br>8/3/2007<br>Billed G:14488 10/9/2007<br>work on complaint | | | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.70<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 297.50 |

2/29/2008  Allison, Slutsky & Kennedy, P.C.
2:32 PM  Slip Listing  Page

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 139772<br>8/3/2007<br>Billed<br>Research SEction 301 preemption | TIME<br>G:14488 | 10/9/2007 | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.30<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 52.50 |
| ~~139894~~<br>8/10/2007<br>Billed<br>Conf. w/KIE, TDA | ~~TIME~~<br>G:14488 | 10/9/2007 | ~~Wes Kennedy~~<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>T@1 | ~~87.50~~ |
| ~~139917~~<br>8/10/2007<br>Billed<br>Meeting w/ TDA, WK | ~~TIME~~<br>G:14488 | 10/9/2007 | ~~K. Engelhardt~~<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>T@1 | ~~87.50~~ |
| 140931<br>8/10/2007<br>Billed<br>Conf WGK, KIE | ~~TIME~~<br>G:14488 | 10/9/2007 | ~~Tom Allison~~<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | ~~0.25~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>T@1 | ~~43.75~~ |
| 139977<br>8/13/2007<br>Billed<br>Call w/ employee | TIME<br>G:14488 | 10/9/2007 | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 35.00 |
| 140121<br>8/17/2007<br>Billed<br>Work on complaint, call w/ P. O'Brien | TIME<br>G:14488 | 10/9/2007 | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 4.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 787.50 |
| 140439<br>8/20/2007<br>Billed<br>Work on complaint | TIME<br>G:14488 | 10/9/2007 | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 70.00 |
| 140443<br>8/21/2007<br>Billed<br>Draft complaint, call w/ C. Lastracco;<br>research fiduciary under ERISA, call w/<br>Reinhart's office | TIME<br>G:14488 | 10/9/2007 | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 2.30<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 402.50 |
| 140475<br>8/22/2007<br>Billed<br>Work on complaint call w/ P. Leff | TIME<br>G:14488 | 10/9/2007 | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 2.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 367.50 |
| 140482<br>8/23/2007<br>Billed<br>Work on complaint | TIME<br>G:14488 | 10/9/2007 | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 3.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 612.50 |

| 2/29/2008 | Allison, Slutsky & Kennedy, P.C. | |
|---|---|---|
| 2:32 PM | Slip Listing | Page |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 140490    TIME<br>8/24/2007<br>Billed    G:14488    10/9/2007<br>work on complaint; email to WK TDA | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.80<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 140.00 |
| 140771    TIME<br>8/31/2007<br>Billed    G:14488    10/9/2007<br>Call w/ Carl; email w/ WK | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 87.50 |
| 140888    TIME<br>8/31/2007<br>Billed    G:14488    10/9/2007<br>Review, revise draft complaint; email to KIE, TDA | Wes Kennedy<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 175.00 |
| 141220    TIME<br>9/5/2007<br>Billed    G:14488    10/9/2007<br>Call w/ P. Mancillias | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 17.50 |
| 141454    TIME<br>9/14/2007<br>Billed    G:14488    10/9/2007<br>Letter to Carl Lostracco and other employees | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 70.00 |
| 141699    TIME<br>9/18/2007<br>Billed    G:14488    10/9/2007<br>Call w/ P. O'Brien, work on complaint | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 245.00 |
| 141645    TIME<br>9/19/2007<br>Billed    G:14488    10/9/2007<br>Email to and from KIE; retainer agreement; conf. w/KIE | Wes Kennedy<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 43.75 |
| 141707    TIME<br>9/19/2007<br>Billed    G:14488    10/9/2007<br>Work on draft of retainer agreement; email to WK | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 262.50 |
| 143007    TIME<br>9/19/2007<br>Billed    G:14488    10/9/2007<br>review retainer, revise, conf KIE, email | Tom Allison<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 43.75 |

| | | | | |
|---|---|---|---|---|
| 2/29/2008 | | Allison, Slutsky & Kennedy, P.C. | | |
| 2:32 PM | | Slip Listing | | Page |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 141752        TIME<br>9/20/2007<br>Billed      G:14488     10/9/2007<br>Meeting w/ employees in Carol Stream | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 175.00 |
| 141753        TIME<br>9/20/2007<br>Billed      G:14488     10/9/2007<br>travel to and return from Carol Stream | K. Engelhardt<br>Travel<br>GCIU 458 Coll.<br>Unitech Prepre | 3.50<br>0.00<br>0.00<br>0.00 | 87.50<br>T | 306.25 |
| 141737        ~~TIME~~<br>9/21/2007<br>Billed      G:14488     10/9/2007<br>Conf. w/KIE | ~~Wes Kennedy~~<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | ~~0.25~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>T@1 | ~~43.75~~ |
| 141765        TIME<br>9/23/2007<br>Billed      G:14488     10/9/2007<br>work on retainer and complaint | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 2.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 437.50 |
| 142020        TIME<br>9/25/2007<br>Billed      G:14488     10/9/2007<br>Revise complaint | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 175.00 |
| 142761        TIME<br>10/1/2007<br>Billed      G:14564     1/10/2008<br>Review KIE draft authorization to sue | Wes Kennedy<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 43.75 |
| 142865        ~~TIME~~<br>10/3/2007<br>Billed      G:14564     1/10/2008<br>Conf. w/KIE, TDA; review TDA letter | ~~Wes Kennedy~~<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | ~~0.25~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>T@1 | ~~43.75~~ |
| 142928        TIME<br>10/3/2007<br>Billed      G:14564     1/10/2008<br>Draft letters to 7 employees and complete<br>authorization to sue; conf. w/ WK, TDA | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 175.00 |
| 145610        TIME<br>10/3/2007<br>Billed      G:14564     1/10/2008<br>tcs John A, leter to John A, conf, all re ILPF<br>participation. | Tom Allison<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 43.75 |
| 143303        TIME<br>10/13/2007<br>Billed      G:14564     1/10/2008<br>Work on Complaint | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 87.50 |

| | | | | |
|---|---|---|---|---|
| 2/29/2008 | | Allison, Slutsky & Kennedy, P.C. | | |
| 2:32 PM | | Slip Listing | | Page |

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 143304   TIME<br>10/15/2007<br>Billed    G:14564    1/10/2008<br>Work on Complaint; letter to Lundford; email to OBrien and edit complaint | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 262.50 |
| 144304   TIME<br>10/29/2007<br>Billed    G:14564    1/10/2008<br>work on complaint | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 175.00 |
| 144351   TIME<br>10/31/2007<br>Billed    G:14564    1/10/2008<br>Conf. w/ WK | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 17.50 |
| 144445   TIME<br>11/1/2007<br>Billed    G:14564    1/10/2008<br>Review complaint; call w/ O'Brien | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 70.00 |
| 144457   TIME<br>11/1/2007<br>Billed    G:14564    1/10/2008<br>prepare case for fiing complete H & W claim | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 87.50 |
| 144467   TIME<br>11/2/2007<br>Billed    G:14564    1/10/2008<br>Prepare complaint for fiing | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 70.00 |
| 145056   TIME<br>11/6/2007<br>Billed    G:14564    1/10/2008<br>Draft letter and prepare for service | Andre Smith<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.75<br>0.00<br>0.00<br>0.00 | 90.00<br>T@1 | 67.50 |
| 144644   TIME<br>11/7/2007<br>Billed    G:14564    1/10/2008<br>Letter to each employee plaintiff and to the Funds | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.70<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 122.50 |
| 145790   TIME<br>11/13/2007<br>Billed    G:14564    1/10/2008<br>letter to Jon A re complaint | Tom Allison<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 43.75 |
| 145080   TIME<br>11/19/2007<br>Billed    G:14564    1/10/2008<br>letter to Paul Mancillas and Bob Miller | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 35.00 |

| 2/29/2008 | Allison, Slutsky & Kennedy, P.C. | |
| 2:32 PM | Slip Listing | Page |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| ~~145203~~<br>11/21/2007<br>Billed<br>efile summons and return | ~~TIME~~<br>G:14564 | 1/10/2008 | ~~Josiah Groff~~<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~135.00~~<br>T@1 | ~~13.50~~ |
| 146186<br>12/5/2007<br>Billed<br>Call w/ Don Roter | TIME<br>G:14564 | 1/10/2008 | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 35.00 |
| 146276<br>12/10/2007<br>Billed<br>Call w/ J. Thomas | TIME<br>G:14564 | 1/10/2008 | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 17.50 |
| 146749<br>12/19/2007<br>Billed<br>Prepare D. Roter (and other employees')<br>affidavit; conf. w/ TDA re: Inter-Local<br>amounts | TIME<br>G:14564 | 1/10/2008 | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.60<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 105.00 |
| 146757<br>12/20/2007<br>Billed<br>Draft P. Mancillas affidavit; t/c w/ P.<br>Mancillas, call employees, Call w/ P. O'Brien, | TIME<br>G:14564 | 1/10/2008 | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 3.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 542.50 |
| 147088<br>1/2/2008<br>WIP<br>Call w/ P. Mancillas, email P. Mancillas; draft<br>affidavits and cover letters to: D. Rotor, A.<br>Gehr, J. Caputo, C. Lostracco, D. Betsanes,<br>T. Gehr, R. Muccianti | TIME | | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 3.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 612.50 |
| 147123<br>1/4/2008<br>WIP<br>Work on Mancillas Affidavit; work on J.<br>Thomas affidavit | TIME | | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 175.00 |
| 147215<br>1/7/2008<br>WIP<br>Work on affidavits of T. Gehr, C. Lostrocco,<br>J. Caputo; email and calls | TIME | | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.60<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 105.00 |
| 147236<br>1/8/2008<br>WIP<br>Call w/ R. Batsanes; email to same call w/ P. | TIME | | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 70.00 |

| | | | | |
|---|---|---|---|---|
| 2/29/2008 | | Allison, Slutsky & Kennedy, P.C. | | |
| 2:32 PM | | Slip Listing | | Page |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Mancillas | | | | |
| 147656  TIME<br>1/9/2008<br>WIP<br>Call D.Roter | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 35.00 |
| 147761  TIME<br>1/17/2008<br>WIP<br>Review plaintiff affidavit and email | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 35.00 |
| 147780  TIME<br>1/18/2008<br>WIP<br>Work on motion for defaul; affidavit of J. Thomos; email P. O'Brien | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.70<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 297.50 |
| 147938  TIME<br>1/22/2008<br>WIP<br>Call w/ P. Mancillas; R. Muccianti, A. Gehr; complete calculation for Inter-local Fund | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 175.00 |
| 147963  TIME<br>1/23/2008<br>WIP<br>Call w/ P. Mancillas; work on affidavit | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 70.00 |
| 148031  TIME<br>1/25/2008<br>WIP<br>Conf. w/KIE | Wes Kennedy<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 17.50 |
| 148516  TIME<br>1/28/2008<br>WIP<br>work on motion for default | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.80<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 140.00 |
| 148574  TIME<br>1/30/2008<br>WIP<br>call to Health Fund | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 17.50 |
| 149066  TIME<br>2/4/2008<br>WIP<br>Work on motion | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 192.50 |

| 2/29/2008 | Allison, Slutsky & Kennedy, P.C. | |
| 2:32 PM | Slip Listing | Page |

| Slip ID<br>　Dates and Time<br>　Posting Status<br>　Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 149082　　　TIME<br>2/5/2008<br>WIP<br>Draft affidavit of Chris Krzyko | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 70.00 |
| 149103　　　TIME<br>2/7/2008<br>WIP<br>Call w/ C. Krzyko; review faximile | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 87.50 |
| 149295　　　TIME<br>2/11/2008<br>WIP<br>Call w/ Christopher Krzysko; redraft affidavit;<br>letter to Krzysko; email w/ A. Gehr | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.90<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 157.50 |
| 149362　　　TIME<br>2/14/2008<br>WIP<br>Call w/ C. Kryzsko | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 70.00 |
| 149643　　　TIME<br>2/21/2008<br>WIP<br>Court appearance | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 87.50 |
| 149650　　　TIME<br>2/21/2008<br>WIP<br>Call w/ C. Lostracco | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 17.50 |
| 149655　　　TIME<br>2/22/2008<br>WIP<br>Call to C. Kryzko; work on affidavit and letter<br>to C. Krzysko | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.90<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 157.50 |
| 149834　　　TIME<br>2/25/2008<br>WIP<br>Work on motion | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 87.50 |
| 149881　　　TIME<br>2/26/2008<br>WIP<br>Work on motion | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.90<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 332.50 |
| 149882　　　TIME<br>2/27/2008<br>WIP<br>Work on motion | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 175.00 |

2/29/2008  Allison, Slutsky & Kennedy, P.C.
2:32 PM  Slip Listing  Page

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 150066  TIME<br>2/29/2008<br>WIP<br>Prepare motion for default judgment, Judgment Order | K. Engelhardt<br>Legal Services<br>GCIU 458 Coll.<br>Unitech Prepre | 3.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 612.50 |

Grand Total

|  | Billable | 71.75 |  | 12182.25 |
|---|---|---|---|---|
|  | Unbillable | 0.00 |  | 0.00 |
|  | Total | 71.75 |  | 12182.25 |

*—547.25*

*11,635*