## DAMAGES OWED TO EACH DEFENDANT

**AMOUNTS OWED BY ROBERT LUDFORD, individually**:

**Health Plan**          Contributions owed to
                         the Health Plan ................................. $14,763.05
                         Penalties and Interest ........................... $ 3,690.76
                         **Total ...................................... $ 18,453.81**

AMOUNTS OWED TO UNITECH EMPLOYEES:

    Unitech Employees         Including amounts owed to the Inter-Local Pension Fund:

        Dennis Betsanes          May 21, 28          $2,183.26
        Outstanding vacation pay: $4,395.61 ............................. $6,578.87

        John P. Caputo           May 21, 28          $2,258.24
        Outstanding vacation pay: $5,645.62 ............................. $7,903.86

        Andrew Gehr:             May 14, 21, 28      $3,338.84
        Outstanding vacation pay: $4,437.00 ............................. $ 7,775.84

        Thomas S. Gehr           May 21, 28          $2,262.74
        Outstanding vacation pay: $4,525.48 ............................. $6,788.22

        Carl J. Lostracco        May 21, 28          $2,324.24
        Outstanding vacation pay: $5,810.62 ............................. $8,134.86

        Robert Muccianti         May 21, 28          $2,402.46
        Outstanding vacation pay: $4,449.00 ............................. $6,851.46

        Donald J. Rotor          May 21, 28          $2,153.26
        Outstanding vacation pay: $5,598.45 ............................. $7,751.71

**Wages and vacation for Unitech Employees ....................... $ 51,784.82**

**Inter-Local Pension Fund contributions (April 7, 2007 to May 20, 2007)   $ 5,109.57**

                Attorneys' fees ......................... $11,635.00
                Services and filing fees ............................ $ 488.00

                **TOTAL ................... $87,471.20**

**LIABILITY OF UNITECH PREPRESS SOLUTIONS:**

Contributions owed to the Fund (deducted from wages) .................. $14,763.05
               Penalties and Interest ........................... $ 3,690.76

               Employer contributions ........................ $ 65,184.70
               Penalties and Interest .......................... $ 16,296.17

Supplemental Retirement And Disability Fund contributions ............. $ 7,898.58
               Damages/ Interest ............................. $ 1,981.67

               Employee Wages/ Vacation ..................... $ 51,784.82

Inter-Local Pension Fund contributions (April 7, 2007 to May 20, 2007) .... $ 5,109.57

               Attorneys' fees ............................... $11,635.00
               Services and filing fees ........................... $ 488.00

**TOTAL** ....................................... **$ 178,832.32**