IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO GRAPHIC ARTS HEALTH AND WELFARE PLAN; ROBERT MILLER and JAMES E. MADDEN, in their capacity as Trustees of the Chicago Graphic Arts Health and Welfare Plan, GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS SUPPLEMENTAL RETIREMENT AND DISABILITY FUND; GEORGE TEDESCHI, and PAUL ROSENBERG, in their capacity as Trustees of the GCC/IBT Supplemental Retirement and Disability Fund, and CARL J. LOSTRACCO, JOHN P. CAPUTO, THOMAS S. GEHR, ROBERT J. MUCCIANTI, DENNIS A. BETSANES, and DONALD J. ROTOR, ANDREW J. GEHR,<br>                              Plaintiffs,<br><br>v.<br><br>UNITECH PREPRESS SOLUTIONS, INC., and ROBERT E. LUDFORD, III,<br><br><br>                              Defendant, | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 07 C 6287<br><br><br>Judge Gettleman |

**NOTICE OF MOTION**

TO:   Robert E. Ludford, III
      125 Margaret Terrace
      Cary, Illinois 60013

PLEASE TAKE NOTICE that on Wednesday, March 19, 2008, 9:00 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Gettleman in Courtroom 1703 or in the Courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street Chicago, IL 60604, and present Plaintiffs' Motion for Default Judgment and For Damages, a copy of which is served upon you.

By:    /s/Karen I. Engelhardt
　　　　　　　　　　Counsel for Plaintiffs

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street Suite 2600
Chicago, IL 60604
(312) 364-9400

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney states that she served copies of the foregoing Notice of Motion and Plaintiffs' Motion for Default Judgment and Damages to the following mentioned below by U.S. mail on the 11th day of March 2008 with proper postage prepaid at the US Mail Box at 230 W. Monroe Street, Suite 2600, Chicago, IL. before the hour of 5:00 p.m.

      Robert E. Ludford, III
      125 Margaret Terrace
      Cary, Illinois 60013

            /s/Karen I. Engelhardt

Case 1:07-cv-06287     Document 15     Filed 03/13/2008     Page 4 of 4