

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO GRAPHIC ARTS HEALTH AND WELFARE PLAN; ROBERT MILLER and JAMES E. MADDEN, in their capacity as Trustees of the Chicago Graphic Arts Health and Welfare Plan, GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS SUPPLEMENTAL RETIREMENT AND DISABILITY FUND; GEORGE TEDESCHI, and PAUL ROSENBERG, in their capacity as Trustees of the GCC/IBT Supplemental Retirement and Disability Fund, and CARL J. LOSTRACCO, JOHN P. CAPUTO, THOMAS S. GEHR, ROBERT J. MUCCIANTI, DENNIS A. BETSANES, and DONALD J. ROTOR, ANDREW J. GEHR, <br>      Plaintiffs, <br> v. <br> UNITECH PREPRESS SOLUTIONS, INC., and ROBERT E. LUDFORD, III, <br>      Defendant, | Case No. 07 C 6287 <br><br> Judge Gettleman |

## JUDGMENT ORDER

This cause coming before the Court on the plaintiffs' Motion for default and prove up, due notice having been given to the defendants, Unitech Prepress Solutions, Inc., and Robert E. Ludford, III. This judgment order is entered against Robert E. Ludford, III.

**IT IS HEREBY ORDERED:**

1. A default judgment is entered on behalf of the Chicago Graphic Arts Health and Welfare Plan ("Health and Welfare Plan"), Robert Miller and James E. Madden, in their capacity

as Trustees of the Health and Welfare Plan, Carl J. Lostroacco, John P. Caputo, Thomas S. Gehr, Robert J. Muccianti, Dennis A. Betsanes, Donald J. Rotor and Andrew J. Gehr against Robert E. Ludford, III.

2.  Judgment is entered on behalf of the Health and Welfare Plan and against Ludford in the total amount of **$21,484.56,** which consists of the following:

    Contributions owed to the Fund (deducted from wages) ........... $14,763.05
    Penalties and Interest ..................................... $ 3,690.76
    Portion of the attorneys fees and costs ......................... $3,030.75

3.  Judgment is entered on behalf of Unitech employees, Dennis Betsanes, John P. Caputo, Andrew Gehr, Thomas S. Gehr, Carl Lostracco, Robert Muccianti, and Donald Roter against Unitech Prepress Solutions, Inc., in the following amounts:

    Unpaid wages owed to Dennis Betsanes for the weeks beginning May 21, 28 in the amount of $2,183.26, plus vacation pay of $4,395.61 and attorneys' fees of $432.96, for a total of ........................................ $7,011.83

    Unpaid wages owed to John P. Caputo for weeks beginning May 21, 28 in the amount of $2,258.24, plus vacation pay of $5,645.62 and attorneys' fees of $432.96 for a total of ........................................ $8,336.82

    Unpaid wages owed to Andrew Gehr for weeks beginning May 14, 21, 28, in the amount of $3,338.84, plus vacation pay of $4,437.00 and attorneys' fees of $432.96 for a total of ........................................ $ 8,208.80

    Unpaid wages owed to Thomas S. Gehr for weeks beginning May 21, 28, in the amount of $2,262.74, plus vacation pay of $4,525.48, and attorneys' fees of $432.96 for a total of ........................................ $7, 221.18

    Unpaid wages owed to Carl J. Lostracco for weeks beginning May 21, 28, in the amount of $2,324.24, plus vacation pay of $5,810.62, and attorneys' fees of $432.96 for a total of ........................................ $8, 567.82

    Unpaid wages owed to Robert Muccianti for weeks beginning May 21, 28, in the amount of $2,402.46, plus vacation pay of $4,449.00, and attorneys' fees of $432.96 for a total of ........................................ $7,284.42

>Unpaid wages owed to Donald J. Rotor for weeks beginning May 21, 28, in the amount of $2,153.26, plus vacation pay of $5,598.45 and attorneys' fees of $432.96 for a total of ................................................ $8,184.67

4. Judgment is further entered on behalf of Dennis Betsanes, John P. Caputo, Andrew Gehr, Thomas S. Gehr, Carl Lostracco, Robert Muccianti, and Donald Roter and against Unitech Prepress Solutions, Inc., in the amount of $8,140.32, which consists of Inter-Local Pension Fund contributions in the principal amount of $5,109.57, withheld from employees' wages but not forwarded to the Fund for the period from April 7, 2007 through May 20, 2007, plus $3,3030.75 in attorneys' fees, on behalf of each Unitech employee.

5. Judgment is entered in the total amount of $87,471.20 against Robert Ludford, III.

ENTERED

U.S. DISTRICT COURT

DATE March 26, 2008