# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6287 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Chicago Graphic Arts Health and Welfare Plan, et al  vs  Unitech Prepress Solutions, | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion [14] is granted.
Judgment order entered in the total amount of $178,832.32 against Unitech Prepress Solutions, Inc.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|