07cv6287

# INTERROGATORIES/ANSWER TO WAGE DEDUCTION PROCEEDINGS

This is a wage deduction proceeding in *Chicago Graphic Arts Health and Welfare Plan, et al. v. Unitech Prepress Solutions, Inc. and Robert E. Ludford, III,* 07 c 6287 (N.D.Ill.). Employer Starbucks Corporation certifies under penalty of perjury that the following Answer is true and correct to the best of its knowledge and belief concerning the property of the judgment debtor:

Debtor Name: Robert E. Ludford, III, 125 East Margaret Terrace, Cary, Illinois 60013.

Do you pay monies to the judgment debtor listed above?  ✓ Yes  ___ No

State whether any funds paid to the debtor are for disability, retirement, or are in any other way exempt or subject to other Court Order: _____

One pay period equals: _____ day(s)  __2__ week(s) _____ month(s)

CALCULATION TO DETERMINE AMOUNT OF WITHHOLDING:

(A) Gross Wages minus mandatory contributions to pension or retirement plan is    (A) $ 1269.23

(B) **Method I**  15% of (A)    (B) $ 190.38

**Method II**

(C) Enter Total FICA, State and Federal Tax and Medicare    (C) $ 249.50

(D) Subtract (C) from (A)    (D) $ 1,019.73

(E) Enter 45 x Current Federal Minimum Hourly Wage per pay period.    (E) $ 675.00

(F) Subtract (E) from (D)    (F) $ 344.73

(G) Enter the lesser of Line (B) or (F)    (G) $ 190.38

(H) Enter Child Support or other Court Order Deduction    (H) $ ―

(I) Subtract (H) from (G)    (I) $ 190.38

(J) Subtract Employer's Statutory Fee (§5/12-814)    (J) $ ―

(K) Amount to be applied to judgment    (K) $ 190.38

Line I is the amount to be withheld from employee's paycheck as of the date of service of Summons and not disbursed until further order of Court.

Signature of Employer

## INSTRUCTIONS

1. Mail a copy of this Answer to the Clerk of Court, mail a copy to the attorney for Plaintiffs (Josiah Groff, 230 W. Monroe, Suite 2600, Chicago, IL 60606), and give a copy to Robert E. Ludford, III.
2. You will receive a copy of a Court Order instructing you how to proceed and where to send deducted funds.

Employer/Agent:
Agent Name: Sylvia Kim
Employer Name: Starbucks
Address:

Phone:
Fax:

STARBUCKS COFFEE COMPANY
2401 UTAH AVE. SOUTH
MS: S-PSS ATTN: GARNISHMENTS
SEATTLE, WA 98134-1435

Clerk of U.S. District Court
Northern District of Illinois
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

Sylvia Kim 866-904-7368      Sylvia Kim 866-904-7368